**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

**RAJU NEAPOLLIOUN**                                                                 **PLAINTIFF**

**VERSUS**                       **CIVIL ACTION NO.:  2:24-cv-00137-KS-MTP**

**FORREST COUNTY SHERIFF'S DEPARTMENT,**
**KELBY LEWIS, OMER MOORE**
**and JOHN DOES 1-7**                                                               **DEFENDANTS**

  **COMES NOW** the Plaintiff, by and through undersigned Counsel and files this Motion

for Extension of Time to serve Defendants in this matter, and in support thereof would show

unto the court as follows:

  This matter was filed under 28U.S.C. §1983 on or about September 3, 2024.  At this time,

no summons have been issued, but summons will be submitted to the clerk shortly.  Thereafter,

summons and the Complaint will be served upon the defendants in accordance with the Federal

Rules of Civil Procedure.  The reason that service has not been completed is inadvertence of

counsel and the hectic practice of the Plaintiff's attorney, who is a solo practitioner.

  Fed.R.Civ.P 6(b)(1)(B) allows a Court to at its discretion and for good cause extend the

time for completion of service if a request is made by  a party before the expiration of the time

for service.  Good cause exists when the trial court, in its discretion, finds excusable neglect.

*See Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 895 (1990).  Excusable neglect may be found

where the relevant circumstances reveal inadvertent delays, mistakes, or carelessness of

counsel.  *Pioneer Inv. Servs. Co. v. Brunswick Assocs.*, 507 U.S. 380, 391 (1993).  Excusable

neglect encompasses even the negligence of counsel. *Id.* The delay in serving the Defendants

was not done intentionally or in bad faith, but due to inadvertence.  Thus, the Plaintiff prays that

this Honorable Court will extend the time to complete service in this matter for fourteen (14)

days

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Plaintiff prays that the

Court will grant this request and for General Relief.

**RESPECTFULLY SUBMITTED, THIS THE 3RD DAY OF JANUARY, 2025.**

**RAJU NEAPOLLIOUN, PLAINTIFF**

By:___/s/ TRENT L. WALKER_____
    Trent L. Walker, (MSB# 10475)
    Attorney for Plaintiff


**TRENT WALKER, COUNSELOR AT LAW, PLLC**
**5255 KEELE STREET, SUITE A**
**JACKSON, MISSISSIPPI 39206**
**PHONE 601-321-9540**
**FACSIMILE 601-398-3918**