## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**RAJU NEAPOLLIOUN**                                                                        **PLAINTIFF**

v.                                                                          CIVIL ACTION NO. 2:24-cv-137-KS-MTP

**FORREST COUNTY SHERIFF'S DEPARTMENT, ET AL.**           **DEFENDANTS**

### ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Extension of Time [3]. Plaintiff filed this action on September 3, 2024. As there was no indication of record that Defendants had been served by December 2, 2024—the deadline for service of process pursuant to Fed. R. Civ. P 4(m)—the Court on December 4, 2024, directed Plaintiff to serves Defendants and file proof of service by December 18, 2024. *See* Order [2].

On January 3, 2025, Plaintiff filed the instant Motion [3] requesting fourteen additional days to serve Defendants. Plaintiff asserts that service has not been completed due to "inadvertence of counsel." The Court will grant Plaintiff additional time to serve Defendants, but Plaintiff should note that additional extensions may not be granted.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Extension of Time [3] is GRANTED;

2. On or before January 21, 2025, Plaintiff shall properly serve Defendants with process **and** shall file the proof of service pursuant to Fed. R. Civ. P. 4(l); and

3. If service upon any Defendant is not perfected and proof thereof filed with the Court by January 21, 2025, or the Court does not extend the time for service based upon a showing of good cause, the unserved Defendant may be dismissed without prejudice and without further notice pursuant to Rule 4(m).

SO ORDERED this the 6th day of January, 2025.

                                                                    s/Michael T. Parker
                                                                    UNITED STATES MAGISTRATE JUDGE