AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Raju Neapoullioun <br><br> *Plaintiff(s)* <br> v. <br> Forrest County Sheriff's Department, Et Al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:24-cv-137-KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kelby Lewis
114 North 39th Avenue, Apt. 2
Hattiesburg, Mississippi, 39401

312 North 39th Avenue, Apt. 19     110 Hope Drive
HattiesBurg, Ms 39401              Hattiesburg, MS 39402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Trent Walker, Counselor at LAw, PLLC
5255 Keele Street, Suite A
Jackson, Mississippi 39206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                    _____
                                                        *Signature of Clerk or Deputy Clerk*