IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RAJU NEAPOLLIOUN                                                           PLAINTIFF

VS.                                           CIVIL ACTION NO. 2:24-CV-137-KS-MTP

FORREST COUNTY SHERIFF'S
DEPARTMENT, ET AL.                                           DEFENDANTS

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on March 3, 2025. No objections have been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as finding of this Court, and the Complaint [1] is hereby dismissed without prejudice as to Defendants Lewis and Moore. *The Clerk of Court is directed to dismiss this action only as to Defendants Lewis and Moore.*

SO ORDERED AND ADJUDGED, this the 24th day of March, 2025.

                                                                        /s/ Keith Starrett
                                                                        UNITED STATES DISTRICT JUDGE