IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RAJU NEAPOLLIOUN**                                                                                       **PLAINTIFF**

v.                                                                          CIVIL ACTION NO. 2:24-cv-137-LG-MTP

**FORREST COUNTY SHERIFF'S DEPARTMENT**                                        **DEFENDANT**

**ORDER**

Presently pending before the Court is the Motion to Withdraw as Counsel [22] filed by Plaintiff's counsel, Honorable Trent Walker ("Walker"). In the Motion, Walker seeks to withdraw as counsel for Plaintiff Raju Neapollioun. Along with the Motion, Walker provides a letter from Latarran Young, Neapollioun's purported "Power of Attorney," dismissing Walker as counsel for Neapollioun.

Although the grounds for the Motion may constitute good cause, the Motion is not joined by Neapollioun as provided by L.U. Civ. R. 83.1(b)(3). Additionally, even if Young has been given power of attorney, Young may not represent Neapollioun in this action unless Young is a licensed attorney at law. *See Gonzales v. Wyatt,* 157 F.3d 1016, 1021 (5th Cir.1998); *Weber v. Garza*, 570 F.2d 511, 514 (5th Cir. 1978); *Mosley v. Bowie Cnty. Tex.*, 275 F. App.x 327, 328 (5th Cir. 2008). Thus, the Court will provide Neapollioun an opportunity to respond to the Motion.

IT IS, THEREFORE, ORDERED that:

1. On or before November 21, 2025, Walker shall provide a copy of this Order and Motion [22] to Neapollioun and file a certificate of compliance confirming delivery. By that same date, Walker shall also provide the Court Neapollioun's contact information (mailing address and telephone number) in order that the Court and the parties may communicate with Plaintiff in the event withdrawal is approved.

2. On or before December 5, 2025, Neapollioun shall file his response to the Motion to Withdraw as Counsel [22]. If Neapollioun consents to the withdrawal, he may file a written statement or joinder to that effect.

3. If Neapollioun fails to respond, the Motion will be considered without his response, and Walker may be granted leave to withdraw from representing Neapollioun.

SO ORDERED this the 17th day of November, 2025.

                                              s/Michael T. Parker
                                              UNITED STATES MAGISTRATE JUDGE