IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**RAJU NEAPOLLIOUN**                                                                                    **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO. 2:24-cv-00137-LG-MTP**

**FORREST COUNTY SHERIFF'S DEPARTMENT,**
**KELBY LEWIS, OMER MOORE**
**and JOHN DOES 1-7**                                                                               **DEFENDANTS**

### DEFENDANT'S MOTION TO CONTINUE
### AND AMEND CASE MANAGEMENT ORDER

Defendant, by and through counsel, files this Motion to Continue and Amend Case Management Order. In support thereof would show unto the Court as follows:

1.    Under the current Case Management Order ("CMO") [16], the Plaintiff's expert deadline was September 1, 2025, the Defendants' expert deadline was October 1, 2025, the discovery deadline is December 1, 2025, and the motion deadline is December 15, 2025. On November 4, 2025, this Court entered its Text Only Order in this cause, thereby setting trial for the Court's term beginning May 11, 2025.

2.    Parties, however, are still conducting discovery.

3.    Despite counsel's due diligence, the undersigned counsel's management of existing cases, inclusive of the matter presently before the Court, has impacted counsel's ability to meet the subject deadlines. Significantly, counsel for Forrest County Sheriff's Department has been, and continues to be, out of the office due to medical complications requiring hospitalization and subsequent bereavement. Additionally, Plaintiff's counsel recently filed a Motion to Withdraw as Counsel and this Court has

indicated the ground for the Motion may constitute good cause. Still, this Court has given Plaintiff until December 5, 2025, to respond to the Motion. Therefore, until at least December 5, 2025, this matter is somewhat stalled.

4. The undersigned has conferred with Plaintiff's counsel, and there is no objection to the request for continuance.

5. These requests are made in good faith, to further the interests of justice, and with no intent to unduly delay these proceedings.

6. Due to the straightforward nature of this Motion, Defendant respectfully requests the Court dispense with the requirement of submitting a supporting Memorandum Brief pursuant to the Local Rules.

WHEREFORE, Defendant, respectfully requests that the Court continue the discovery deadline, the trial setting in this matter, and all corresponding deadlines via an Amended Case Management Order.

**DATE:** **November 19, 2025**

        Respectfully submitted,

        **FORREST COUNTY SHERIFF'S DEPARTMENT**

        BY:   */s/Katelyn A. Riley*
               One of Its Attorneys

WILLIAM R. ALLEN (MSB #100541)
KATELYN A. RILEY (MSB #105115)
Butler Snow, LLP
1020 Highland Colony Pkwy, Suite 1400
Ridgeland, MS  39157
Tel. 601-948-5711
will.allen@butlersnow.com
katelyn.riley@butlersnow.com

2

## **CERTIFICATE OF SERVICE**

I, the undersigned of Butler Snow, LLP, one of the attorneys for Defendant, Forrest County Sheriff Department, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which gave notification of the same to the following:

>Trent Walker, Esq.
>Counsel at Law, PLLC
>5255 Keele Street, Suite A
>Jackson, MS 39206
>trent@rentwalkerlaw.com
>
>Catouche J.L. Body, Esq.
>THE BODY LAW FIRM, PLLC
>P.O. Box 13007
>Jackson, MS 39236
>attybody@bodylawfirm.com
>    *Attorneys for Plaintiff*

This the 19th day of November, 2025.

>                    */s/Katelyn A. Riley*
>                    OF COUNSEL

98414702.v1

3