SOUTHERN DISTRICT OF MISSISSIPPI
FILED

November 7, 2025

**DEC 05 2025**

Dear Attorney Trent Walker,

BY ARTHUR JOHNSTON DEPUTY

Effective immediately, your legal services are no longer needed for my case 2:24-cv-00137. Please prepare a copy of my case file. When and if I obtain new legal counsel, they will contact you. Please provide them with a copy of my case file. Please direct any further communication to me at dishun03@gmail.com

Raju B.Neapollioun

*Raju B. Neapollian* (signature)

Notary Public:

*(signature)*
11/07/25

[Notary Seal: STATE OF MISSISSIPPI — CARRIANNE G. HOLLINGSWORTH — NOTARY PUBLIC — Lamar County — Commission Expires April 1, 2027 — COMMISSION NUMBER 12733]